**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6299**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

**CEM**

# EXHIBIT 1



