**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6299**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

**CEM**

# EXHIBIT 2

# VEDDERPRICE

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FACSIMILE: 312-609-5005

GABRIELLE M. BUCKLEY
312-609-7626
gbuckley@vedderprice.com

OFFICES IN CHICAGO, NEW YORK CITY AND ROSELAND, NEW JERSEY

May 5, 2005

**VIA FEDERAL EXPRESS**

Department of Homeland Security
U.S. Citizenship and Immigration Services
Chicago CUSA Office
539 S. LaSalle Street
Chicago, Illinois 60605
ATTN: Supervisor

> Re: Form N-400, Application for Naturalization, on Behalf of Dr. Hector FERRAL
> A#:         A072 503 928
> Reciept#:   LIN*000671527

Dear Sir or Madam:

We represent Dr. Hector Ferral in connection with the above-referenced matter. Enclosed please find a copy of the duly signed Form G-28, Notice of Entry of Appearance as Attorney, on behalf of Dr. Ferral.

On September 29, 2004, Dr. Ferral appeared for his interview for his Form N-400, Application for Naturalization. For your reference, enclosed please find a copy of the Form I-797C, Request for Applicant to Appear for Naturalization Initial Interview. As more than seven months have passed since the interview without issuance of further notifications, we kindly request that a case status inquiry be filed for Dr. Ferral's Application for Naturalization. If there are no outstanding issues regarding Dr. Ferral's application, we respectfully request that the adjudication of Dr. Ferral's application be completed and that a Naturalization Ceremony be scheduled.

Thank you very much for your assistance with this matter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Gabrielle M. Buckley

GMB/an
Enclosures

CHICAGO/#1365132.1
36358.00.0001

**VedderPrice**

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FACSIMILE: 312-609-5005

GABRIELLE M. BUCKLEY
312-609-7626
gbuckley@vedderprice.com

OFFICES IN CHICAGO, NEW YORK CITY AND ROSELAND, NEW JERSEY

October 24, 2005

**VIA FEDERAL EXPRESS**

Department of Homeland Security
U.S. Citizenship and Immigration Services
Chicago CUSA Office
539 S. LaSalle Street
Chicago, Illinois 60605
ATTN: Supervisor

    Re:    Form N-400, Application for Naturalization, on Behalf of Dr. Hector FERRAL.
           A#:    A072 503 928
           Reciept#:    LIN*000671527

Dear Sir or Madam:

    We represent Dr. Hector Ferral in connection with the above-referenced matter. Enclosed please find a copy of the duly signed Form G-28, Notice of Entry of Appearance as Attorney, on behalf of Dr. Ferral.

    On September 29, 2004, Dr. Ferral appeared for his interview for his Form N-400, Application for Naturalization. For your reference, enclosed please find a copy of the Form I-797C, Request for Applicant to Appear for Naturalization Initial Interview. On May 5, 2005, after more than seven months had passed since the interview without further notifications, we requested that a case status inquiry be filed for Dr. Ferral's Application for Naturalization. Enclosed please find a copy of our letter, dated May 5, 2005, requesting a case status inquiry. As of this date we have not received any response to our case status inquiry or any other notifications regarding Dr. Ferral's case.

    As more than a year has passed since Dr. Ferral appeared for his Naturalization interview without receiving any further notifications relating to his case, we again request that a case status inquiry be filed for Dr. Ferral's Application for Naturalization. If there are no outstanding issues regarding Dr. Ferral's application, we respectfully request that the adjudication of Dr. Ferral's application be completed and that a Naturalization Ceremony be scheduled as expeditiously as possible.

CHICAGO/#1432278.1
36358.00.0001

VEDDERPRICE

Department of Homeland Security
October 24, 2005
Page 2

    Thank you very much for your assistance with this matter. If you have any questions or concerns, please do not hesitate to contact me.

Sincerely,

Gabrielle M. Buckley

GMB/an
Enclosures

CHICAGO/#1432278.1
36358.00.0001



# DEPARTMENT OF HOMELAND SECURITY
## U.S. Citizenship and Immigration Service
### Chicago District Office

## STATUS INQUIRY FORM

DATE: 1/6/2006

### CORRESPONDENCE DETAILS

On Behalf of (Applicant):

A Number: 072 503 928

Name: FERRAL / HECTOR
Last / First / Middle

Mailing Address: 420 E. OHIO   Apt # 15 G

City: CHICAGO   State: IL   Zip Code: 60611

Daytime Phone Number: 312-371-8465

Country of Birth: GERMANY   Date of Birth: 3/21/61

☐ Check box if author is same as applicant
(DO NOT complete the following if box is checked)

Type of inquiry:
☐ Applicant  ☒ Attorney  ☐ CBO

Name: Jacobson / Michelle
Last / First / Middle

Firm / Organization: Vedder, Price, Kaufman & Kammholz PC

Mailing Address: 222 N LaSalle St.

Suite # or Apt. #: Suite 2600

City: Chicago   State: IL   Zip Code 60601

Phone No.: 312 609 7761

### CORRESPONDENCE INFORMATION

☐ Check if telephonic inquiry

Class: GENERAL   Request Type (check all that apply): ☐ Address Change   ☐ General   ☐ Received Documents

Type of Application (check one):   ☐ Adjustment of Status   ☒ Citizenship

FORM FILED (check boxes below that apply):   DATE APPLICATION FILED: 06/01/2004
☐ I-130   ☐ I-485   ☐ I-751   ☐ I-765   ☐ I-824
☐ N-336   ☒ N-400   ☐ N-565   ☐ N-600   ☐ N-643   ☐ Other: _____

REQUEST RESCHEDULE FOR (check one):   ☐ Interview   ☐ Oath   ☐ Fingerprinting

Additional Comments: Applicant attended his interview for Form N-400 on September 29, 2004. Since this time, he has not received any further notifications regarding his case (Receipt #: LIN *00067152

\*\*\* INQUIRIES MAY BE MADE BY APPLICANTS, BENEFICIARIES, ATTORNEYS, AND ACCREDITED REPRESENTATIVES ONLY. IF YOU ARE AN ATTORNEY, A FORM G-28 MUST BE ATTACHED.

\*\*\* CBOs MUST INCLUDE A PRIVACY RELEASE SIGNATURE FROM THE APPLICANT:

Signature: _____   Date: _____

\*\*\* MAIL INQUIRIES TO: USCIS, CUSTOMER SERVICE, P.O. BOX 3616, CHICAGO, IL. 60690
CU Revised 08/14/03