**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6299**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

**CEM**

# EXHIBIT 3

U.S. Department of Homeland Security
USCIS
10 West Jackson Boulevard
Chicago, IL 60604



**U.S. Citizenship and Immigration Services**

Friday, February 10, 2006

GABRIELLE BUCKLEY
VEDDER PRICE KAUFMAN AND KAMMHOLZ
222 N LASALLE ST
STE 2600
CHICAGO IL 60601

**ATTORNEY/PARALEGAL COPY**

HECTOR FERRAL
420 E OHIO ST
APT 15G
CHICAGO IL 60611

Dear HECTOR FERRAL:

On 12/13/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Person who contacted us:** | NELSON, ANDREW |
| **Caller indicated they are:** | A Paralegal or Other Employee of the Attorney of Record |
| **Attorney Name:** | GABRIELLE BUCKLEY |
| **Case type:** | N400 |
| **Filing date:** | 06/01/2004 |
| **Receipt #:** | |
| **Beneficiary (if you filed for someone else):** | FERRAL, HECTOR |
| **Your USCIS Account Number (A-number):** | A072503928 |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. A check of our records establishes that your case is not yet ready for decision, as the required investigation into your background remains open.

Until the background investigation is completed, we cannot move forward on your case. These background checks are required to be completed on all applicants who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the background checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

U.S. CIS - 02-10-2006 04:13 PM EST

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

U.S. Department of Homeland Security
10 West Jackson Boulevard
Chicago, Illinois 60604


U.S. Citizenship
and Immigration
Services

Dear Applicant:

Although we have completed the interview on your application we cannot make a decision on your case because the required security checks are incomplete. Once the background investigation is completed we will make and inform you of our decision as quickly as possible.

We understand that you may be frustrated by this news. However, in order to fulfill its mission to provide immigration benefits and services to the public, USCIS must balance its obligations to the individual applicant against its obligations to the public as a whole. Consequently, we have adopted enhanced security check procedures.

Given the significance of immigration benefits and the number of applications submitted, it is inevitable that some applications will require more attention than others. Some factors that may lead to delays are the volume of record checks, the number of records to be checked and the processing of common names. For the vast majority of applicants, USCIS is able to quickly determine whether there is any criminal or security related eligibility issues. In the remaining cases, often referred to as "pending," a match of some kind has been identified and must be resolved before a decision can be made on the case. However, a match does not always lead to a denial of the application. USCIS does not share information regarding the specific nature of the match or the nature or status of any investigation with applicants or their representatives.

We remain committed to processing cases within a reasonable period of time. In some cases, however, unresolved security concerns will create delays. We ask for your patience in such cases, and in return we promise to continue to seek resolution as quickly as possible in each individual case.

Sincerely,

Ruth A. Dorochoff
District Director

www.uscis.gov