**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6299**

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

**CEM**

# EXHIBIT 4

**VEDDERPRICE**

VEDDER, PRICE, KAUFMAN & KAMMHOLZ, P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FAX: 312-609-5005

GABRIELLE M. BUCKLEY
312-609-7626
gbuckley@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, D.C. • ROSELAND, NJ

January 9, 2007

<u>VIA UPS</u>

The Honorable Richard Durbin
U.S. Senator
230 South Dearborn St.
Suite 3892
Chicago, Illinois 60604

Re:   Naturalization Application Delayed Due to Background Investigation
      Resident: Dr. Hector FERRAL
      Alien Registration Number:         A072 503 928

Dear Senator Durbin:

    We represent Dr. Hector Ferral, an Illinois resident, in connection with his immigration matters. Enclosed please find Dr. Ferral's duly signed Privacy Act Release Form, as well as a copy of the previously submitted Form G-28, Notice of Entry of Appearance as Attorney, on behalf of Dr. Ferral.

    On June 1, 2004, our office filed Form N-400, Application for Naturalization (Receipt Number: LIN*000671527), with U.S. Citizenship and Immigration Services ("USCIS") on behalf of Dr. Ferral. On September 29, 2004, Dr. Ferral appeared for his interview for his Application for Naturalization. For your reference, enclosed please find a copy of the Form I-797C, Request for Applicant to Appear for Naturalization Initial Interview, dated July 22, 2004. Since his interview, Dr. Ferral's Application for Naturalization has remained pending due to a background investigation. In response to the numerous inquiries we have filed with USCIS, we have been told that until Dr. Ferral's background investigation has been completed, the application will not be adjudicated.

    It has been well over two years since the background investigation was initiated and all indications lead us to reasonably believe that this investigation will continue indefinitely. Dr. Ferral is an upstanding member of his community in Chicago and has no prior criminal arrests that would warrant such extraordinary delays in his citizenship application. As we have been unable to resolve this issue with USCIS through our inquiries, we respectfully request that your office assist us in requesting that the government complete the background investigation of Dr. Ferral in a timely manner.

CHICAGO/#1589869.1

VEDDERPRICE

Department of Homeland Security
January 9, 2007
Page 2

    If you have any questions or concerns, please do not hesitate to contact me. Thank you for your time and consideration.

                              Sincerely,

                              Gabrielle M. Buckley

GMB/an
Enclosures

CHICAGO/#1589869.1



# UNITED STATES SENATOR ★ ILLINOIS
# RICHARD J. DURBIN

332 Dirksen Senate Office Building, Washington DC 20510 (202) 224-2152

## PRIVACY ACT RELEASE FORM

The provisions of Public Law 93-579 (Privacy Act of 1974) prohibit the disclosure of information of a personal nature from the files of an individual without their consent.

Accordingly, I authorize Senator Richard J. Durbin to access any and all of my records that relate to the problem stated below.

Signature: _____   Date: 1/4/07

To begin processing your case, please complete the following information:

Name: Dr. Hector Ferral                                    Date of Birth: 03/21/1961
Address: 211 East Ohio, Apt. 1218
City: Chicago          State: IL       Zip: 60611         Home Phone: 312-371-8465
Place of Work: Affiliated Radiologists
Address: 1725 W. Harrison
City: Chicago          State: IL       Zip: 60612         Work Phone: 312-942-6235

S.S.#: 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                                        Email: hectorferral@sbcglobal.net
Alien Registration #: 072-503-928
Veteran's Claim #: _____
Branch of Service: _____                          Rank: _____

Briefly explain your problem or the information desired: On June 1, 2004, Form N-400, Application for Naturalization, was filed on my behalf with U.S. Citizenship and Immigration Services (Receipt Number: LIN*000671527). On September 29, 2004, I appeared for an interview for the aforementioned application. Since this interview, my application has remained pending due to a background investigation. My attorney has filed numerous inquiries with U.S. Citizenship and Immigration Services, but we have been told that until my background investigation is completed, my application will not be adjudicated. It has been over 2 years since my interview and there appears to be little that either I or my attorney can do to finalize the application. I would greatly appreciate it if your office would look into the cause of the delay of the background investigation in order to complete the adjudication of my pending application so that I may become a U.S. citizen. Thank you very much for your time and consideration.

PLEASE RETURN YOUR COMPLETED FORM TO ONE OF SEN. DURBIN'S STATE OFFICES:

230 S. Dearborn St., Ste. 3892      525 S. Eighth St.              701 N. Court St.
Chicago, IL 60604                   Springfield, IL 62703          Marion, IL 62959
(312) 353-0150 – fax                (217) 492-4382 – fax           (618) 997-0176 – fax

U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Entry of Appearance as Attorney or Representative**

Appearance - An appearance shall be filed on this form by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required. Availability of Records - During the time a case is pending, and except as otherwise provided in 8CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he/she may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his/her receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

In re: Form N-400, Application for Naturalization on behalf of Dr. Hector Ferral

Date: 5/28/04
File No. 072503928

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

Name: Hector FERRAL  ☒ Applicant
Address: 420 East Ohio, Apt. 15 G, Chicago, Illinois 60611

Check applicable item(s) below:

☒ 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia
Illinois     Supreme Court     and am not under a court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. (If you check this item, also check item 1 or 2 whichever is appropriate.)

☐ 4. Others (Explain fully.)

SIGNATURE: [signature]
NAME (Type or Print): Gabrielle M. Buckley or Renée Mueller Steinle

COMPLETE ADDRESS: Vedder, Price, Kaufman & Kammholz, P.C.
222 North LaSalle Street, Suite 2600
Chicago, IL 60601
TELEPHONE NUMBER: 312-609-7500    312-609-5005

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS:
Gabrielle M. Buckley or Renée Mueller Steinle
(Name of Attorney or Representative)

THE ABOVE DISCLOSURE IS IN CONNECTION WITH THE FOLLOWING MATTER:
All Immigration-related issues.

Name of Person Consenting: Dr. Hector Ferral
Signature of Person Consenting: [signature]
Date: 5/25/04

(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)

This form may not be used to request records under the Freedom of Information Act or the Privacy Act. The manner of requesting such records is contained in 8CFR 103.10 and 103.20 Et.SEQ.

Form G-28 (09-26-00)Y

# THE UNITED STATES OF AMERICA

| | |
|---|---|
| Request for Applicant to Appear for Naturalization Initial Interview | NOTICE DATE<br>July 22, 2004 |
| CASE TYPE<br>N400 Application For Naturalization | INS A#<br>A 072 503 928 |
| APPLICATION NUMBER<br>LIN*000671527 | RECEIVED DATE<br>June 01, 2004 | PRIORITY DATE<br>June 01, 2004 | PAGE<br>1 of 1 |

APPLICANT NAME AND MAILING ADDRESS
HECTOR FERRAL
c/o GABRIELLE M BUCKLEY
VEDDER PRICE KAUFMAN & KAMMHOLZ
STE 2600
222 NORTH LASALLE STREET
CHICAGO IL 60601

Please come to:
CHICAGO CUSA OFFICE
539 SOUTH LA SALLE STREET
CITIZENSHIP OFFICE
FIRST FLOOR
CHICAGO IL 60605
On (Date): Wednesday, September 29, 2004
At (Time): 08:25 AM

You are hereby notified to appear for an interview on your Application for Naturalization at the date, time, and place indicated above. Waiting room capacity is limited. Please do not arrive any earlier than 30 minutes before your scheduled appointment time. The proceeding will take about two hours. If for any reason you cannot keep this appointment, return this letter immediately to the INS office address listed below with your explanation and a request for a new appointment; otherwise, no further action will be taken on your application.

If you are applying for citizenship for yourself, you will be tested on your knowledge of the government and history of the United States. You will also be tested on reading, writing, and speaking English, unless on the day you filed your application, you have been living in the United States for a total of at least 20 years as a lawful permanent resident and are over 50 years old, or you have been living in the United States for a total of 15 years as a lawful permanent resident and are over 55 years old, or unless you have a medically determinable disability (you must have filed form N648 Medical Certification for Disability Exception, with your N400 Application for Naturalization).

You MUST BRING the following with you to the interview:
- This letter.
- Your Alien Registration Card (green card).
- Any evidence of Selective Service Registration.
- Your passport and/or any other documents you used in connection with any entries into the United States.
- Those items noted below which are applicable to you:

If applying for NATURALIZATION AS THE SPOUSE of a United States Citizen:
- Your marriage certificate.
- Proof of death or divorce for each prior marriage of yourself or spouse.
- Your spouse's birth or naturalization certificate or certificate of citizenship.

If applying for NATURALIZATION as a member of the United States Armed Forces:
- Your discharge certificate, or form DD 214.

If copies of a document were submitted as evidence with your N400 application, the originals of those documents should be brought to the interview.

PLEASE keep this appointment, even if you do not have all the items indicated above.

If you have any questions or comments regarding this notice or the status of your case, please contact our office at the below address or customer service number. You will be notified separately about any other cases you may have filed.

INS Office Address:
US IMMIGRATION AND NATURALIZATION SERVICE
CITIZENSHIP OFFICE
539 SOUTH LA SALLE
CHICAGO IL 60605-

INS Customer Service Number:
(800) 375-5283

REPRESENTATIVE COPY 

Form I-797C (Rev. 11/28/03) N