**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

**FILED**
**NOVEMBER 6, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6299**

| In the Matter of | Case Number: |
|---|---|
| DR. HECTOR FERRAL, A# 072 503 928 v. MICHAEL CHERTOFF, Secretary, Department of Homeland Security, et al. | |

**JUDGE LINDBERG**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DR. HECTOR FERRAL, A# 072 503 928

**CEM**

| NAME (Type or print) |
|---|
| Mark A. Partin |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Mark A. Partin |
| FIRM |
| Vedder, Price, Kaufman & Kammholz, P.C. |
| STREET ADDRESS |
| 222 North LaSalle Street, Suite 2600 |
| CITY/STATE/ZIP |
| Chicago, IL  60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6278203 | (312) 609-7772 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐